

RED ROCK FINANCIAL SERVICES

RECEIVED & FILED

'09 AUG 21 P1 :53

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

August 20, 2009

# REQUEST FOR NOTICE

In Re: TERESA MURPHY

Bankruptcy Number – 09-21928-MKN
Chapter - 7
**R34508**

To the Clerk of the U.S. Bankruptcy Court, the Debtor, the Attorney of record, the Trustee, and to all parties of interest.

Red Rock Financial Services request that all notice given in this case be given to and served upon the undersigned at the following address and telephone number:

Coronado Bay Business Park-West
C/o Red Rock Financial Services
6830 West Oquendo Road Suite 201
Las Vegas NV 89118
Fax: 702-341-7733
Phone: 702-932-6887

_M Prescott_
Michelle Prescott
Red Rock Financial Services