RECEIVED & FILED

'09 OCT 15 P1:27

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Name of Attorney:
Bar #:
Address:
Phone #:
e-mail address:

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

In re:

TERESA MURPHY

               Debtor.

Bankruptcy No.: 09-21928-MKN

Chapter: 7

Trustee: TIMOTHY S CORY

**CHANGE OF ADDRESS OF:**
( ) DEBTOR
(✓) CREDITOR
( ) OTHER

I request that notice be sent to the following address: (please print)

CORONADO BAY BUSINESS PARK - WEST
Name
C/O RED ROCK FINANCIAL SERVICES
Address
7251 AMIGO STREET # 100

LAS VEGAS    NV        89119
City          State      Zip Code

Please check one of the following:

[✓] The change of address is applicable only in the above captioned case.

[ ] The change of address is also applicable in the following related cases: (*please list the case numbers*) _____.

DATE: 10/14/2009

_____
SIGNATURE

**NOTE**: Please submit an original and one copy for the record.